USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
CHANDRA K. BARRETT, :
:
:
Plaintiff, :  1:19-cv-07815-GHW
:
-v- :
:  ORDER
RUBEN R. ROSARIO, ASPEN :
LANDSCAPING CONTRACTING, INC. :
:
Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has been notified that Defendant Aspen Landscaping Contracting, Inc. has filed for bankruptcy. Pursuant to 11 U.S.C. § 362, this action is automatically stayed. The Clerk of Court is directed to mark this case as stayed.

SO ORDERED.

Dated: January 1, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge