```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    CHANDRA K. BARRETT,        :

                                  Plaintiff,     :       1:19-cv-07815-GHW

                    -v-              :       ORDER

    RUBEN R. ROSARIO, ASPEN
    LANDSCAPING CONTRACTING, INC.  :

                             Defendants.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On December 31, 2019, the Court was notified that Defendant Aspen Landscaping Contracting, Inc. filed for bankruptcy. *See* Dkt. No. 16. This action was automatically stayed pursuant to 11 U.S.C. § 362. Dkt. No. 17.

Plaintiff is directed to submit a letter to the Court regarding the status of this case no later than September 17, 2020.

SO ORDERED.

Dated: September 9, 2020
New York, New York

                                                         _____
                                                            GREGORY H. WOODS
                                                      United States District Judge