USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                  :

CHANDRA K. BARRETT,           :
                                  :
                                  :
                 Plaintiff,    :                     1:19-cv-07815-GHW
                                  :
             -v-                 :                       ORDER
                                  :

RUBEN R. ROSARIO, ASPEN      :
LANDSCAPING CONTRACTING, INC.    :
                                  :
            Defendants.  :
                                  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed Plaintiff's September 17, 2020 status letter.  Dkt. No. 19.

      Plaintiff is directed to provide the Court with a status update regarding Defendant Aspen

Landscaping Contracting, Inc.'s bankruptcy proceeding by no later than March 17, 2021.

      SO ORDERED.

Dated:  September 18, 2020
New York, New York

                                                                             _____
                                                         GREGORY H. WOODS
                                                United States District Judge