USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    CHANDRA K. BARRETT,

                            Plaintiff,

            -against-

    RUBEN R. ROSARIO and ASPEN
    LANDSCAPING CONTRACTING, INC.

                         Defendants.
------------------------------------------------------------- X

1:19-cv-07815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court will hold a teleconference in this matter on October 16, 2020 at 1:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

    The parties are hereby ORDERED to submit a joint status letter and a Proposed Amended Civil Case Management Plan and Scheduling Order in PDF format by no later than October 9, 2020. The parties shall use this Court's form Proposed Case Management Plan and Scheduling Order available at the Court's website (http://nysd.uscourts.gov/judge/Woods).

    The Clerk of Court is directed to mark this case as no longer stayed and to terminate the motion pending at Dkt. No. 21.

    SO ORDERED.

Dated: September 29, 2020
New York, New York

                                            _____
                                            GREGORY H. WOODS
                                          United States District Judge