UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                   :

CHANDRA K. BARRETT,               :
                                  :
                                  :
                    Plaintiff,   :
                                  :
              -against-      :
                                  :

RUBEN R. ROSARIO and ASPEN   :
LANDSCAPING CONTRACTING, INC.  :
                                  :
                   Defendants.  :
                                  :
-------------------------------------------------------------- X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  4/7/2021 |

1:19-cv-07815-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference regarding Michael G. LoRusso, P.C. and Hogan & Cassell's April 6, 2021 motions to withdraw as counsel of record for Plaintiff Chandra Barrett, Dkt. No. 30-31, on **April 13, 2021 at 11:00 a.m.  Ms. Barrett is ORDERED to participate in that conference.**  The Court notes that although Dkt. No. 31 is titled on the docket as "Motion for Michael Cassell to Withdraw as Attorney", the supporting declaration is from Mr. LoRusso and appears to be the same declaration as the one filed at Dkt. No. 30-1.

It is hereby ORDERED that the proceeding scheduled to take place on **April 13, 2021** at **11:00 a.m.** will take place on the Microsoft Teams videoconference platform.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-
join/19%3ameeting_ZWFjNGY3OGMtMzg0Yy00ZDA3LTk5ZjMtOGY0ZjA0ZT
IzNjMw%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-
919c-67c6543d3542%22%2c%22Oid%22%3a%2279c81400-3587-4ee7-8008-
ba97ebee86ba%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference—including their ability to access the link above.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Microsoft Teams application is highly recommended.[2]  When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

Members of the press, public, or counsel may access the conference's audio using the following credentials:

|  |  |
|---|---|
| Call-in number: | 1-917-933-2166 |
| Conference ID: | 778 799 617# |

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Microsoft Teams videoconference platform.  While the proceeding is accessible to the public through the Microsoft Teams videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited January 27, 2021), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

Plaintiff's counsel is directed to email and mail a copy of this order to Plaintiff and to retain proof of service.

The Clerk of Court is directed to restore this case to the Court's active docket.

SO ORDERED.

Dated: April 7, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge