UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2021

CHANDRA K. BARRETT,  :
                     :
                     :
            Plaintiff,  :
                     :
    -against-        :
                     :
RUBEN R. ROSARIO and ASPEN  :
LANDSCAPING CONTRACTING, INC.  :
                     :
            Defendants.  :
                     :
------------------------------------------------------------ X

1:19-cv-07815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated in the Court's April 7, 2021 order, Dkt. No. 32, the motions to withdraw as counsel for Plaintiff, filed by Mr. Cassell and Mr. LoRusso at Dkt. Nos. 30 and 31, are identical. The motions request leave to withdraw on behalf of the law firms Michael G. LoRusso, P.C. and Hogan & Cassell, but the Court only has before it a supporting declaration from Mr. LoRusso.  If Mr. Cassell seeks to withdraw as counsel from this action, the Court expects him to submit an affidavit supporting that application, in accordance with Local Rule 1.4.

The Court reminds Plaintiff and Plaintiff's counsel that Ms. Barrett is ORDERED to participate in the conference scheduled for April 13, 2021 at 11:00 a.m.  The access information for that conference can be found in the Court's April 7, 2021 order at Dkt. No. 32.

Plaintiff's counsel is directed to email and mail a copy of this order to Plaintiff and to retain proof of service.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge