USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CHANDRA K. BARRETT,

                             Plaintiff,

      -against-

RUBEN R. ROSARIO and ASPEN LANDSCAPING CONTRACTING, INC.

                           Defendants.
------------------------------------------------------------- X

1:19-cv-07815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The conference scheduled for May 27, 2021 at 3:00 p.m. is adjourned to **June 8, 2021 at 4:30 p.m.** The parties should be prepared to discuss next steps and a schedule for litigating the case. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: May 10, 2021
New York, New York

                                                            GREGORY H. WOODS
                                                        United States District Judge