UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------X
                                          :
  CHANDRA K. BARRETT,                     :
                                          :
                                          :
                                          :
                          Plaintiff,      :
                                          :
                                          :
              -against-                   :
                                          :
                                          :
  RUBEN R. ROSARIO and ASPEN              :
  LANDSCAPING CONTRACTING, INC.           :
                                          :
                          Defendants.     :
                                          :
                                          :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/10/2021

1:19-cv-07815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Defendants' counsel's request to adjourn the conference scheduled for June 18, 2021, Dkt.

Nos. 44 and 45, is granted.  The status conference to discuss next steps in this action is adjourned to

**July 15, 2021 at 4:00 p.m.**  The conference will take place in Courtroom 12C of the United States

District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at

**500 Pearl Street**, New York, New York, 10007.  Although the Court is granting this request, the

parties are reminded that they must review and comply with the Court's Individual Rules of Practice

in Civil Cases.  Pursuant to Rule 1(E), all requests for adjournments must state whether the

adversary consents and, if not, the reason given by the adversary for refusing to consent.

Due to the on-going novel coronavirus pandemic, the Southern District of New York has

enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District

courthouse. This includes a requirement that every person appearing in a Southern District of New

York courthouse complete a questionnaire and have their temperature taken.  Instructions for

completing this questionnaire are attached.

Completing the questionnaire ahead of time will save time and effort upon entry.  Only

those individuals who meet the entry requirements established by the questionnaire will be permitted

entry.  Please contact chambers if any member of your team does not meet the requirements.

**Ms. Barrett is ORDERED to attend the July 15, 2021 conference.**

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: June 10, 2021
       New York, New York

                                      GREGORY H. WOODS
                                United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500