```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  CHANDRA K. BARRETT,                                         :
                                                              :
                                                              :
                                    Plaintiff,                :
                                                              :
                  -against-                                   :
                                                              :
  RUBEN R. ROSARIO and ASPEN                                  :
  LANDSCAPING CONTRACTING, INC.                               :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021

1:19-cv-07815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' submissions regarding Defendants' motion to enforce a settlement (the "Motion"). Dkt. Nos. 54, 55, 58, 59, 60. Factual issues preclude the Court from resolving the Motion without an evidentiary hearing. Thus, the Court will hold an evidentiary hearing on the Motion on December 2, 2021 at 10:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

In preparation for that hearing, the Court will hold a teleconference on Monday, October 18, 2021 at 3:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: October 14, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge