```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   CHANDRA K. BARRETT,                                         :
                                                               :
                                                               :
                                       Plaintiff,              :
                                                               :            1:19-cv-07815-GHW
                          -against-                            :
                                                               :                 ORDER
   RUBEN R. ROSARIO and ASPEN                                  :
   LANDSCAPING CONTRACTING, INC.                               :
                                                               :
                                       Defendants.             :
                                                               :
-------------------------------------------------------------- X
```

<div style="float:right; border:1px solid black; padding:4px">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 10/15/2021
</div>

GREGORY H. WOODS, United States District Judge:

The conference regarding the currently scheduled for October 18, 2021 at 3:00 p.m., *see* Dkt. No. 61, is rescheduled to October 18, 2021 at 2:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: October 15, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge