USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHANDRA K. BARRETT,

                               Plaintiff,                                19-CV-7815 (GHW) (VF)

       -against-

RUBEN R. ROSARIO et al.,                                        **ORDER**

                               Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address the pending dispute regarding "determination of [the] amount of attorney's lien for Mr. LoRusso" (see ECF No. 100) is hereby scheduled for **Monday, September 18, 2023 at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:     New York, New York
               August 4, 2023

                                                          _____
                                                           VALERIE FIGUEREDO
                                                          United States Magistrate Judge