```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CHANDRA K. BARRETT,                                            :
                                                               :
                              Plaintiff,                       :
                                                               :
              -against-                                        :    1:19-cv-7815-GHW
                                                               :
RUBEN R. ROSARIO, *and* ASPEN                                  :    ORDER
LANDSCAPING CONTRACTING, INC.,                                 :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 6, 2024, the parties filed an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form in accordance with the Court's April 24, 2024 order. Dkt. No. 112. The Court should have directed the parties instead to file a Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form, available at https://www.uscourts.gov/sites/default/files/ao085a.pdf, if the parties consent to jurisdiction by the Magistrate Judge over the outstanding motion pertaining to the parties' fee dispute. *See* Dkt. No. 109.

If the parties so consent, they must, within two weeks of the date of this order file on ECF a fully executed Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form. If either party does not so consent, the parties must file a joint letter, **within two weeks of the date of this order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: May 6, 2024
       New York, New York
                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge