**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CHANDRA K. BARRETT,

                                   Plaintiff,

         -against-

RUBEN R. ROSARIO et al.,

                               Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/23/2024

19-CV-7815 (GHW) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF No. 109, Plaintiff's former counsel, Michael LoRusso, submitted a letter motion concerning a dispute over legal fees with Plaintiff's current counsel, Liakas Law. Plaintiff's current counsel submitted an opposition to the motion at ECF No. 110. The opposition, however, does not include any description of the work performed by counsel in this case or the hours expended by counsel. By **Monday, June 3, 2024**, Plaintiff's counsel is directed to provide the Court with (1) contemporaneous time records indicating the work performed by counsel and the hours expended or (2) absent such records, a description of the work performed and an approximation of the hours expended in this case. Counsel is also directed to provide the Court with a list of costs it incurred in this case and any necessary documentation to substantiate such costs.

     **SO ORDERED.**

DATED:     New York, New York
            May 23, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge